**No. 44482.**—Protest 24190–K/89088 of Chicago Mail Order Co. (Chicago).

Opinion by Brown, J. On the record presented the claim at 35 percent under paragraph 1530 (e) was sustained.

**No. 44483.**—Protest 848479–G of American Import Co. (Los Angeles).

Opinion by Walker, J. The record established that the palm leaf mats in question are similar to those the subject of Abstract 30412. The claim at 25 percent under paragraph 1537 (a) was therefore sustained.

### Before the Second Division, October 9, 1940

**No. 44484.**—Protest 844418–G of New York Merchandise Co., Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the atomizers in question are similar to those the subject of *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44485.**—Protest 34890–K of Royal Bead Novelty Co., Inc. (New York).

Opinion by Dallinger, J. Tape measures stipulated to be similar to those the subject of Abstract 43372 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 44486.**—Protest 11573–K of M. Pressner & Co. (New York).

Opinion by Dallinger, J. It was stipulated that the savings banks in question are similar to those the subject of Abstract 42749. The claim at 40 percent under paragraph 339 was therefore sustained.

### Before the Third Division, October 9, 1940

**No. 44487.**—Protest 967837–G of American Import Co. (San Francisco).

Opinion by Cline, J. The record showed that the articles involved are in chief value of metal and that they are used as containers for cosmetics to be carried in a handbag. On the authority of *Gallagher* v. *United States* (6 Ct. Cust. Appls. 105, T. D. 35343) the protest was overruled. *Rumpp* v. *United States* (7 Ct. Cust. Appls. 203, T. D. 36507), *Lionel Trading Co.* v. *United States* (15 C. C. P. A. 365, T. D. 42562), and Abstracts 18020 and 32441 cited.